In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property on Jamaica Bay in the Borough of Brooklyn.

GERRITSEN BASIN DEVELOPMENT CORPORATION et al., Appellants.

(Jamaica Bay Proceeding No. 1.)

In the Matter of THE CITY OF NEW YORK Respondent, Relative to Acquiring Title to Real Property Forming Part of Oraboss Meadows and Bushes Meadows in the Borough of Brooklyn.

GERRITSEN BASIN DEVELOPMENT CORPORATION et al., Appellants.

(Jamaica Bay Proceeding No. 2.)

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by Marine 15th Street, etc., in Connection with the Development of Marine Park in the Borough of Brooklyn.

GERRITSEN BASIN DEVELOPMENT CORPORATION et al., Appellants.

(Marine Park Proceeding.)

Argued May 23, 1940; decided November 13, 1940.

*Thomas L. Zimmerman, Jr.,* for Gerritsen Basin Development Corporation, appellant.

*Frederick Evan Crane, Robert Miller Cowen* and *Bernard Cowen* for Helena K. Wyeth et al., appellants.

*William C. Chanler,* Corporation Counsel (*Paxton Blair, Joseph F. Mulqueen, Jr., Philip L. Wellens* and *Herman Meltzer* of counsel), for respondent.

In each proceeding: Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.